UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JAMES ANTHONY JOHNSON** <br> D.O.C. # 125794 | : | **DOCKET NO. 17-cv-1431** <br> **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES** |
| **JAMES M. LeBLANC, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent determination of the issues and review of the record, including the plaintiff's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED** that the instant civil rights complaint be **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii), without prejudice to James asserting his claims in a petition for writ of habeas corpus. The clerk is instructed to send a copy of this judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** in Chambers this 7th day of June, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE